In re DRAKE. (Supreme Court, Appellate Division, Fourth Department. March 19,

1909.) In the matter of the application of Leonard Drake for a writ of certiorari directed to Hon. William S. Andrews.

PER CURIAM. Application for writ of certiorari granted, and proceedings stayed, upon petitioner giving a bond of $2,500, to be approved by a justice of the Supreme Court of the Fifth Judicial District.

McLENNAN, P. J., not sitting.